

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| RONALD FAY SCHERMERHORN, | § | No. 08-13-00236-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 4 |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| State. | § | (TC# 1323955R) |
| | § | |

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **January 7, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Brian Salvant, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 7, 2014.

IT IS SO ORDERED this 18th day of December, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.